United States Court of Appeals
Fifth Circuit

**F I L E D**

June 12, 2007

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 06-20657

INTERNATIONAL DEMOGRAPHICS, INC.

Plaintiff -Appellant

VERSUS

SF NEWSPAPER COMPANY LLC; EXIN LLC; PAN ASIA VENTURE CAPITAL
CORPORATION; FLORENCE FANG

Defendants - Appellee

Appeal from the United States District Court
For the Southern District of Texas, Houston
4:06-CV-342

Before HIGGINBOTHAM, DAVIS, and WIENER, Circuit Judges.

PER CURIAM:[1]

After reviewing the record in this case and considering the briefs of the parties and argument of counsel, we are satosfoed that the district court committed no reversible error. We, therefore, affirm the district court judgment essentially for the reasons stated in its thorough Memorandum and Order dated July 10,2006.

AFFIRMED.

---

[1]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.